AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

KELLY MITCHELL IRBY,

        Petitioner,

        v.

KAREN D. BRUNSON,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5030-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Denying 28 U.S.C. §2254 Motion entered on November 23, 2009, Ct Rec 13.

November 23, 2009  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas